Case 1:95-cr-00888-ACK   Document 78   Filed 06/26/08   Page 1 of 2   PageID.4

EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

EDRIC M. CHING #6697
Assistant U.S. Attorney
Attn: Financial Litigation Unit
Rm 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, HI 96850-6100
Telephone: 541-2850
Facsimile: 541-3752
Email:  Edric.Ching@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) | CR. NO. 95-00888-01 ACK |
|---|---|---|
| Plaintiff, | ) | RELEASE OF NOTICE OF LIEN |
| vs. | ) | |
| ROBERT VILLANUEVA, | ) | |
| Defendant. | ) | |

## RELEASE OF NOTICE OF LIEN

The United States of America, by and through its attorneys, EDWARD H. KUBO, JR., United States Attorney for the District of Hawaii, and Edric M. Ching, Assistant U.S. Attorney, states that on December 30, 1997, a Judgment In A Criminal Case was entered against Robert Villanueva, (SSN: XXX-XX-1980) in the U.S. District Court, District of Hawaii, ordering payment of an assessment in the amount of $50.00 and restitution in the amount of $5,400.00.

A Notice of Lien For Fine Or Penalty Imposed Pursuant To the Criminal Fine Enforcement Act of 1984 was recorded on February 17, 1998 at the Bureau of Conveyances, State of Hawaii, Document No. 98-020191.

The liability to pay on the fine and restitution amounts have expired.

DATED: June 26, 2008, at Honolulu, Hawaii.

> EDWARD H. KUBO, JR.
> United States Attorney
> District of Hawaii
>
> /s/ Edric M. Ching
>
> By:_____
> EDRIC M. CHING
> Assistant U.S. Attorney
>
> ATTORNEYS FOR PLAINTIFF